IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYAN M. BALCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-3666-M |
| | § | |
| JP MORGAN CHASE BANK, NA | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on March 16, 2015. *See* Dkt. No. 12. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss [Dkt. No. 4] is granted and Plaintiff's claims for breach of contract and common law fraud are dismissed with prejudice. Plaintiff's other claims are dismissed without prejudice, with leave to amend within twenty-one days. If Plaintiff does not amend, such claims will be dismissed with prejudice.

**SO ORDERED** this 8th day of April, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS